```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 10246
    IRMA L SOTO
                                                 CHAPTER 13

                                                 JUDGE: MANUEL BARBOSA
          Debtor
    SSN XXX-XX-4878


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/24/08 .

     2.  The case was dismissed without confirmation, 08/28/2008.

     3.  The Debtor paid a total of $     75.00 .

-----------------------------------------------------------------------------
CREDITOR NAME                 CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                  PAID          PAID
-----------------------------------------------------------------------------
CITI AUTO                    SECURED VEHIC           .00            .00            .00
CAPITAL ONE BANK             UNSECURED         NOT FILED            .00            .00
CAPITAL ONE BANK             UNSECURED         NOT FILED            .00            .00
CCS                          UNSECURED         NOT FILED            .00            .00
COLLECTION                   UNSECURED         NOT FILED            .00            .00
RUSH COPLEY                  UNSECURED         NOT FILED            .00            .00
DEPENDON COLLECTION SVC      UNSECURED         NOT FILED            .00            .00
DIVERSIFIED CONSULTANTS      UNSECURED         NOT FILED            .00            .00
HSBC                         UNSECURED         NOT FILED            .00            .00
ILLINOIS COLLECTION          UNSECURED         NOT FILED            .00            .00
CITY OF AURORA               UNSECURED         NOT FILED            .00            .00
WELLS FARGO FINANCIAL        UNSECURED         NOT FILED            .00            .00
WELLS FARGO FINANCIAL BA     UNSECURED         NOT FILED            .00            .00
WACHOVIA DEALER SERVICES     UNSECURED         NOT FILED            .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                      SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00         .00         .00          .00
PRINCIPAL PAID           .00         .00         .00         .00          .00
INTEREST PAID            .00         .00         .00         .00          .00
TOTAL PAID               .00         .00         .00         .00          .00
The Debtor's attorney, GARY L SHILTS                  , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $      75.00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/10/09                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 10246 IRMA L SOTO
```